UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>PHOENIX ASSET GROUP, LLC AND ROBYN A. BOWMAN,<br><br>      Defendants. | Case No. 0:23-2775-ECT-JFD |

**JOINT MOTION FOR ENTRY OF JUDGMENT, BY CONSENT,
FOR PERMANENT INJUNCTIONS AND OTHER RELIEF**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Phoenix Asset Group, LLC and Robyn A. Bowman (collectively, "Defendants"), hereby jointly move the Court to enter a proposed partial Judgment ("Proposed Judgment"). A copy of the Proposed Judgment is attached hereto as Exhibit 1 and is additionally being submitted to the Court pursuant to Local Rule 7.1(c)(1)(F). Attached as Exhibit 2 is the executed Consent of Defendants ("Consent") in which they agree to the relief in the Proposed Judgment. In support of this agreed motion, the SEC and Defendants state as follows:

1.  The SEC filed its Complaint on September 11, 2023. The Complaint alleges that Defendants fraudulently raised at least $2.7 million, by making material misrepresentations and omissions about Defendants' use of investor money and the safety of the investment being sold.

2.  The SEC and Defendants have agreed, in partial settlement of the SEC's claims, to the entry of the Proposed Judgment. The terms of that partial settlement are reflected in the Consent. (*See* Exhibit 2).

3. The Proposed Judgment eliminates the need to litigate the merits of Defendants' liability and permanently enjoins them from violations of the federal securities laws at issue in the Complaint. The injunctions would prohibit future violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5, and Section 17(a) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77q(a). In addition, the Proposed Judgment would enjoin Defendant Bowman from participating in the issuance, purchase, offer, or sale of any security, provided, however, that such injunction will not prevent her from purchasing or selling securities for her own personal account. Also, the Proposed Judgment would bar Defendant Bowman from acting as a public company officer or director pursuant to Section 21(d)(2) of the Exchange Act, 15 U.S.C. § 78u(d)(2), and Section 20(e) of the Securities Act, 15 U.S.C. § 77t(e).

4. The Proposed Judgment further provides the framework for determining the remaining relief sought by the SEC – disgorgement of ill-gotten gains and prejudgment interest thereon against both Defendants, and civil penalties against Defendant Bowman – via motion practice at a later date. In an effort to avoid such motion practice, the parties have agreed to first negotiate in good faith to attempt to resolve the issue of financial remedies.

5. Should the parties be unsuccessful in negotiating a resolution on financial remedies and need to resolve the issue via motion practice, the parties agree that for any such motion the Court would accept the allegations in the Complaint as true. The SEC and defense counsel commonly refer to this type of partial settlement, which are regularly entered in SEC enforcement actions, as a "bifurcated settlement." *See*, *e.g.*, *SEC v. Miller*, Case No. 0:21-cv-1445-DSD-ECW, Docket No. 98 (D. Minn. Sept. 30, 2024); *SEC v. Gilbertson*, Case No. 16-cv-3779-DWF-HB, Docket No. 33 (D. Minn. Mar. 9, 2017); *SEC v. Providence Fin. Investments,*

*Inc.*, Case No. 16-cv-1877-SRN-FLN, Docket No. 90 (D. Minn. Oct. 4, 2016); *SEC v. Le*, Case No. 15-cv-4366-WMW-BRT, Docket No. 26 (D. Minn. Mar. 11, 2016); *SEC v. Fry*, Case No. 11-cv-03303-RHK-JJK, Docket No. 8 (D. Minn. Nov. 17, 2011).

6. If the parties cannot reach a negotiated resolution, they will confer and file a proposed schedule for briefing financial remedies.

7. Should the Court enter the Proposed Judgment, the SEC would withdraw its pending Motion for Summary Judgment (ECF 19).

8. The Consent, Proposed Judgment, and this motion have been reviewed and approved by Defendants.

**WHEREFORE**, for the reasons cited above, the SEC and Defendants Phoenix Asset Group, LLC and Robyn A. Bowman respectfully request that the Court grant this motion and enter the Proposed Judgment.

March 7, 2025

Respectfully submitted,
/s/ Benjamin J. Hanauer
Benjamin J. Hanauer (IL No. 6280156)
hanauerb@sec.gov
Sarah E. Hancur (DC Bar No. 480537)
hancurs@sec.gov
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Tel: (312) 353-7390
*Attorneys for Plaintiff SEC*

*/s/ Justice Ericson Lindell*
Justice Ericson Lindell (#312071)
Greenstein Sellers, PLLC
825 Nicollet Mall, Suite 1648
Minneapolis, Minnesota 55402
justice@greensteinsellers.com
(763) 285-4684

*Attorney for Defendants*